# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALISA JONES,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:06-cv-651-Orl-19DAB**

**TT OF LONGWOOD, INC., d/b/a Cory Fairbanks Mazda,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY [AND ATTORNEY'S FEES FOR MOTION] (Doc. No. 60)**
>
> **FILED:** March 22, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot in part because Plaintiff has now responded to the discovery sought. To the extent the Motion seeks attorney's fees, it is **GRANTED** in part.

Plaintiff's counsel has provided no explanation for the failure to timely respond to Defendant's discovery until after the Motion to Compel was filed and well past the thirty days allowed under the Federal Rules of Civil Procedure. Plaintiff is **ORDERED** to pay Defendant a sanction of $250 as motion costs incurred in filing the Motion to Compel.

**DONE** and **ORDERED** in Orlando, Florida on April 12, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record